8

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
FILED

*Salvador Chavarria*

§
§
§

versus

§
§

SEP 0 1 1998

Michael N. Milby
Clerk of Court

CIVIL ACTION  *B 98-9*

*Argus Read*

§
§
§
§

United States District Court
Southern District of Texas
ENTERED

SEP 0 3 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Order

The reference to the magistrate judge is withdrawn and this case is returned to the

docket of Judge Hilda G. Tagle.

Court settings are cancelled but deadlines remain in effect.

Signed on _____, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge