9

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

SEP 18 1998

Michael N. Milby
Clerk of Court

Salvador Chavarria §
§
versus §       CIVIL ACTION B- 98-009
§
§
Angus Read §

## Order Setting Conference

1.  A pre-trial conference will be held on:

    _November 24_, 1998

    at _11:00 A_.m.

    in Judge Tagle's Chambers
    United States Court House
    500 East Tenth Street, Room 428
    Brownsville, Texas 78521.

United States District Court
Southern District of Texas
ENTERED

SEP 21 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

2.  Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3.  The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. See Fed. R. Civ. P. 16.

4.  For the convenience of out-of-town counsel, the court will allow them to participate by telephone. Make this request to the case manager in writing well in advance of the conference date. No confirmation will be made, and the court will initiate the call.

Signed on _September 18_, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
ptrlcnfddl.