#14

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SALVADOR CHAVARRIA | * | |
| Plaintiff, | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-98-009 |
| | * | |
| ANGUS READ, | * | |
| Defendant, | * | |

United States District Court
Southern District of Texas
ENTERED

FEB 25 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

## AGREED ORDER GRANTING AGREED MOTION
## TO DISMISS WITH PREJUDICE

On this day came to be heard the Agreed Motion to Dismiss With Prejudice filed by Plaintiff Salvador Chavarria and Defendant Angus Read. The Court has fully considered the motion and is of the opinion that it should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that all of the claims alleged by Plaintiff Salvador Chavarria against Defendant Angus Read and this entire action are hereby dismissed with prejudice; and

IT IS FURTHER, ORDERED, ADJUDGED AND DECREED that all costs and attorney's fees shall be borne by the party incurring same.

Done at Brownsville, Texas on this _25_ day of _Feby_, 1999.

_____
UNITED STATES DISTRICT JUDGE

AGREED AS TO SUBSTANCE AND FORM:

_____
**JOSEPH A. (TONY) RODRIGUEZ**
State Bar No. 17146600
Fed. I.D. No. 10107
**DANIEL D. HERINK**
State Bar No. 00790873
**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**
Fed. I.D. No. 18659
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

**ATTORNEYS FOR DEFENDANT,
ANGUS READ**

_____
**RAY R. MARCHAN**
State Bar No. 12969050
**EDDINGTON & ASSOCIATES, L.L.P.**
1926 East Elizabeth
Brownsville, TX 78520
(956) 546-0333
Fax: (956) 541-0255

**ATTORNEY FOR PLAINTIFF**